UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ROSWELL DIVISION

MARCUS QUALLS,
Individually and On Behalf of All
Others Similarly Situated,

        Plaintiff,

vs.                              CIV. ACTION NO. 1:17-cv-00916-JCH-JHR
                                  COLLECTIVE AND CLASS ACTION
                                  COMPLAINT

EOG RESOURCES, INC.,

        Defendant.

## ORDER OF TRANSFER

The Court having considered Defendant EOG Resources, Inc.'s Unopposed Motion to Transfer (Doc. No. 32), all responses and replies thereto, and the arguments of counsel, if any, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the above-captioned lawsuit is TRANSFERRED to the Southern District of Texas—Houston Division.

It is so ORDERED.

02/28/18
Date

                                              The Honorable Judge Herrera
                                              United States District Judge